UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
DRYWALL TAPERS AND PAINTERS OF GREATER  :
NEW YORK LOCAL UNION 1974, AFFILIATED    :
WITH INTERNATIONAL UNION OF ALLIED       :    25-CV-08081 (JAV)
PAINTERS AND ALLIED TRADES, AFL-CIO,      :
    :    ORDER
                    Petitioner,    :
    :
          -v-    :
    :
    :
SEAMLESS WALL FINISHING INC.,    :
    :
                    Respondent.    :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On September 30, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **December 1, 2025**. Respondent's opposition, if any, is due on **December 22, 2025**. Petitioner's reply, if any, is due **December 29, 2025**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **December 1, 2025**, and shall file an affidavit of such service with the court no later than **December 2, 2025**.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York                          _____
                                                              JEANNETTE A. VARGAS
                                                              United States District Judge