**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DRYWALL TAPERS AND PAINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED TRADES,
AFL-CIO,

                                   Petitioner,

        -against-                                    25 **CIVIL** 8081 (JAV)

                                                    **<u>JUDGMENT</u>**

SEAMLESS WALL FINISHING, INC.,

                                Respondent.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 9, 2026, the Petition is GRANTED, the May 29, 2025 arbitration award is confirmed, and judgment entered in favor of Petitioners and against Respondent as follows: 1. Confirming the Award in all respects; 2. Awarding Petitioner $1000, plus $60.66 in pre-judgment interest at the rate of 9% per annum, for a total of $1060.66, against Seamless pursuant to the Award; 3. Awarding Petitioner post-judgment interest at the statutory rate.

**Dated:** New York, New York

      February 12, 2026

                                          **TAMMI M. HELLWIG**

                                       _____

                                           **Clerk of Court**

                    **BY:**                                            _____

                                           **Deputy Clerk**